**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
David A. Melton, SBN 176340
Cassandra J. Ninke, SBN 327359
350 University Avenue, Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
dmelton@porterscott.com
cninke@porterscott.com

Attorneys for Defendants
DICK'S SPORTING GOODS, INC. and THOMAS ZIEBART

## UNITED STATES DISTRICT COURT

## EASTERN DIVISION

| | |
|---|---|
| JOSEPH AGUINALDO,<br><br>              Plaintiff,<br><br>      vs.<br><br>DICK'S SPORTING GOODS, INC.;<br>THOMAS ZIEBART; and DOES 1 through<br>100, inclusive,<br><br>              Defendants. | **CASE NO:  2:21-cv-01940-MCE-AC**<br><br>**STIPULATION AND ORDER MODIFYING THE INITIAL PRETRIAL SCHEDULING ORDER**<br><br>**Judge:  Morrison C. England, Jr.** |

Pursuant to Local Rule 144, and for good cause, Plaintiff and Defendant jointly move the Court for an Order to Modify the October 19, 2019 Initial Pretrial Scheduling Order ("Scheduling Order") [Doc. 3] to extend the dates for discovery and expert disclosures.  In support of their motion, the parties through their respective counsel, state as follows:

1.      This is the first stipulated request for a continuance of the pretrial dates in this matter.

2.      The request for this continuance is made on the grounds that the parties have not yet been able to complete discovery, despite diligent and good faith efforts by both parties to complete discovery in a timely manner.  Specifically, both parties' schedules have been extremely impacted by the Covid-19 trial backlog that is now coming to a head.  This has resulted in the parties being unprecedently busy with expert discovery and trials in other matters and, in many cases, having to

**STIPULATION AND ORDER MODIFYING THE INITIAL PRETRIAL SCHEDULING ORDER**

prepare several times for trials that are pushed out on a short-term basis due to a lack of courtrooms. This, coupled with pre-planned vacations of counsel, has led to an inability to complete discovery by the current deadline of October 25, 2022.

3.     In addition, the parties were also awaiting receipt of the Court's ruling on Plaintiff's Motion to Remand [Doc. 5], which was recently issued on August 24, 2022, to determine whether this case would remain in federal court or be remanded to state court.

4.     The parties also agree that the allowance of additional time to conduct discovery will facilitate settlement discussions and, potentially, allow time for a fruitful mediation of the case.

5.     THEREFORE, THE PARTIES STIPULATE AND AGREE to seek the following modifications to the October 19, 2019 Pretrial Scheduling Order:

| Event | Current Date | Proposed Date |
|---|---|---|
| Discovery Cutoff (non-expert) | October 25, 2022 | **October 25, 2023** |
| Initial Expert Witness Disclosure | December 23, 2022 | **January 8, 2023** |
| Supplemental / Rebuttal Expert Disclosure | January 20, 2023 | **February 5, 2024** |
| File Joint Notice of Trial Readiness | February 17, 2023 | **March 4, 2024** |
| Last Day to File Dispositive Motions | April 21, 2023 | **May 27, 2024** |
| Expert Discovery Cutoff | None | **None** |

For each of the foregoing reasons, the parties agree and respectfully submit that good cause exists for the Court to modify the October 19, 2019 Initial Pretrial Scheduling Order to provide the parties sufficient time to disclose expert and rebuttal expert witnesses, to prepare expert reports, to afford the parties an opportunity to engage in settlement discussions and possible mediate the case, and to adequately conduct the remaining nonexpert discovery necessary to prosecute and defend

1    this matter.

2    DATED:  October 11, 2022              **DUDENSING LAW**

3

4                                              */s/ Jay Renneisen*
                                       By:_____
5                                            JAY RENNEISEN
                                             Attorneys for Plaintiff
6

7

8

9    DATED:  October 11, 2022   **PORTER SCOTT**
                                 A PROFESSIONAL CORPORATION
10
                                             */s/ Cassandra J. Ninke*
11                                     By:_____
                                             CASSANDRA NINKE
12                                           Attorneys for Defendant

13   / / /

14   / / /

15   / / /

16   / / /

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28

---

{02811699.DOCX}                          3

**STIPULATION AND ORDER MODIFYING THE INITIAL PRETRIAL SCHEDULING ORDER**

**ORDER**

Pursuant to the stipulation of the parties the October 19, 2021, Initial Pretrial Scheduling Order at ECF No. 3 is modified as requested by the parties above.

IT IS SO ORDERED.

DATED:  October 11, 2022

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE