Edward P. Dudensing (Bar No. 182221)
Jay P. Renneisen (Bar No. 173531)
Thomas A. Reyda (Bar No. 312632)
Dudensing Law
1414 K Street, Suite 470
Sacramento, CA 95814
Telephone: (916) 448-6400unie
Facsimile: (916) 448-6401
Email:  jay@dudensinglaw.com

Attorneys for Plaintiff, Joseph Aguinaldo

IN THE UNITED STATES DISTICT COURT

EASTERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH AGUINALDO,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DICK'S SPORTING GOODS, INC., ET AL.,<br><br>　　　　　　Defendants. | No.  2:21-CV-01940-MCE-AC<br><br>**STIPULATION AND ORDER MODIFYING THE CURRENT PRETRIAL SCHEDULING ORDER**<br><br>**Judge:  Morrison C. England, Jr.** |

Pursuant to Local Rule 144, and for good cause, Plaintiff and Defendants jointly move the Court for an Order to Modify the current stipulated Pretrial Scheduling Order ("Stipulation and Order for Modification of the Initial Pretrial Scheduling Order") [Doc. 17] to extend the dates for discovery and expert disclosures. In support of their motion, the parties through their respective counsel, state as follows:

1.   This is the second stipulated request for a continuance of the pretrial dates in this matter.

2.   The request for this continuance is made on the grounds that the parties have not yet been able to complete discovery, despite diligent and good faith efforts by both parties to complete discovery in a timely manner.  Among other things, both parties' schedules were extremely impacted by the Covid-19 trial backlog which resulted in the parties being unprecedently busy with expert discovery and trials in other matters and, in many cases, having to prepare several times for trials that were pushed out on a short-term basis due to a lack of courtrooms.

3.   The parties also note that new counsel for defendants were recently substituted in for defendant Dick's Sporting Goods on June 26, 2023 [Doc. 19] and for defendant Thomas Ziebart on July 17, 2023 [Doc. 21].

4.   The parties also agree that the allowance of additional time to conduct discovery will facilitate settlement discussions and, potentially, allow time for a fruitful mediation of the case.

5. THEREFORE, THE PARTIES STIPULATE AND AGREE to seek the following modifications to the Stipulation and Order for Modification of the Initial Pretrial Scheduling Order:

| Event | Current Date | Proposed Date |
|---|---|---|
| Discovery Cutoff (non-expert) | October 25, 2023 | October 25, 2024 |
| Initial Expert Witness Disclosure | January 8, 2024 | January 8, 2025 |
| Supplemental / Rebuttal Expert Disclosure | February 5, 2024 | February 5, 2025 |
| File Joint Notice of Trial Readiness | March 4, 2024 | March 4, 2025 |
| Last Day to File Dispositive Motions | May 27, 2024 | March 27, 2025 |
| Expert Discovery Cutoff | None | None |

For each of the foregoing reasons, the parties agree and respectfully submit that good cause exists for the Court to modify the October 11, 2022 Stipulation and Order for Modification of the Initial Pretrial Scheduling Order to provide the parties sufficient time to adequately conduct the remaining nonexpert discovery necessary to prosecute and defend this matter, to disclose expert and rebuttal expert witnesses, to prepare expert reports, and to afford the parties an opportunity to engage in settlement discussions and mediation of the case.

1 | Dated:  August 24, 2023 | *Dudensing Law*

*/s/ Jay Renneisen*

_____
Jay P. Renneisen
Attorneys for Plaintiff
Joseph Aguinaldo


7 | Dated:  August __, 2023 | *Hinshaw & Culbertson LLP*

_____
Bradley M. Zamczyk
Attorneys for Defendants
Dick's Sporting Goods, Inc.
and Thomas Ziebart

**ORDER**

Pursuant to the stipulation of the parties the October 11, 2022 Stipulation and Order for Modification of the Initial Pretrial Scheduling Order at ECF No. 17 is modified as requested by the parties above.

IT IS SO ORDERED.

Dated:  September 20, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE