1  BRADLEY M. ZAMCZYK (SBN 151753)
   bzamczyk@hinshawlaw.com
2  DANIEL ON (SBN 353103)
   don@hinshawlaw.com
3  HINSHAW & CULBERTSON LLP
   50 California Street, Suite 2900
4  San Francisco, CA 94111
   Telephone:   415-362-6000
5  Facsimile:   415-834-9070

6  Attorneys for Defendants
   DICK'S SPORTING GOODS, INC. and
7  THOMAS ZIEBART

## UNITED STATES DISTRICT COURT

## EASTERN DIVISION

| | |
|---|---|
| JOSEPH AGUINALDO, | ) Case No.: 2:21-CV-01940-MCE-AC |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER MODIFYING** |
| | ) **THE CURRENT PRETRIAL SCHEDULING** |
| vs. | ) **ORDER** |
| | ) |
| DICK'S SPORTING GOODS, INC.; | ) Judge: Hon. Morrison C. England, Jr. |
| THOMAS ZIEBART; and DOES 1 through | ) Courtroom 7 - Sacramento |
| 100, inclusive, | ) |
| | ) Complaint Filed: August 9, 2021 |
| Defendants. | ) |
| | ) |
| | ) |

   Pursuant to Rule Local Rule 144, and for good cause, Plaintiff and Defendants jointly move the Court for an Order to Modify the current stipulated Pretrial Scheduling Order ("Stipulation and Order Modifying the Current Pretrial Scheduling Order") [Doc. 23] to extend the dates for discovery and expert disclosures. In support of their motion, the parties through their respective counsel, state as follows:

   1. This is the third stipulated request for a continuance of the pretrial dates in this matter.

   2. The request for this continuance is made on the grounds that the parties have not yet been able to complete discovery, despite diligent and good faith efforts by both parties to complete

discovery in a timely manner.

3. Pursuant to California Code of Civil Procedure Section 998, Plaintiff provided an offer to compromise on June 26, 2024. To allow for proper evaluation of the 998 offer, the parties stipulated for Plaintiff to undergo a physical examination on September 27, 2024. As such, the parties have agreed to extend the response deadline to the 998 offer to October 10, 2024.

4. The parties also agree that the allowance of additional time to conduct discovery will facilitate settlement discussions and, potentially, allow time for a fruitful mediation of the case.

5. Therefore, the parties stipulate and agree to seek the following modifications to the Stipulation and Order Modifying the Current Pretrial Scheduling Order:

| **Event** | **Current Date** | **Proposed Date** |
|---|---|---|
| Discovery Cutoff (non-expert) | October 25, 2024 | January 23, 2025 |
| Initial Expert Witness Disclosure | January 8, 2025 | April 8, 2025 |
| Supplemental / Rebuttal Expert Disclosure | February 5, 2025 | May 6, 2025 |
| File Joint Notice of Trial Readiness | March 4, 2025 | June 2, 2025 |
| Last Day to File Dispositive Motions | March 27, 2025 | June 25, 2025 |
| Expert Discovery Cutoff | None | None |

For each of the foregoing reasons, the parties agree and respectfully submit that good cause exists for the Court to modify the September 21, 2023 Stipulation and Order Modifying the Current Pretrial Scheduling Order to provide the parties sufficient time to adequately conduct the remaining nonexpert discovery necessary to prosecute and defend this matter, to disclose expert and rebuttal expert witnesses, to prepare expert reports, and to afford the parties an opportunity to engage in settlement discussions and mediation of the case.

| | | |
|---|---|---|
| 1 | DATED:  September 4, 2024 | HINSHAW & CULBERTSON LLP |
| 2 | | |
| 3 | | *[signature]* |
| 4 | | BRADLEY M. ZAMCZYK<br>DANIEL ON |
| 5 | | Attorneys for Defendants<br>DICK'S SPORTING GOODS, INC. and THOMAS ZIEBART |
| 6 | | |
| 7 | | |
| 8 | DATED:  September 4, 2024 | DUDENSING LAW |
| 9 | | |
| 10 | | /s/ Jay P. Renneisen |
| 11 | | EDWARD P. DUDENSING<br>JAY P. RENNEISEN |
| 12 | | THOMAS A. REYDA<br>Attorneys for Plaintiff<br>JOSEPH AGUINALDO |

3

**ORDER**

Pursuant to the stipulation of the parties, the Stipulation and Order Modifying the Current Pretrial Scheduling Order at ECF No. 23 is modified as requested by the parties above.

IT IS SO ORDERED.

Dated:  September 9, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE