1 | BRADLEY M. ZAMCZYK (SBN 151753)
bzamczyk@hinshawlaw.com
2 | DANIEL ON (SBN 353103)
don@hinshawlaw.com
3 | HINSHAW & CULBERTSON LLP
50 California Street, Suite 2900
4 | San Francisco, CA 94111
Telephone:    415-362-6000
5 | Facsimile:     415-834-9070

6 | Attorneys for Defendants
DICK'S SPORTING GOODS, INC. and
7 | THOMAS ZIEBART

**UNITED STATES DISTRICT COURT**

**EASTERN DIVISION**

| | |
|---|---|
| JOSEPH AGUINALDO, | Case No.: 2:21-CV-01940-MCE-AC |
| Plaintiff, | **STIPULATION FOR INDEPENDENT MEDICAL EXAMINATION PURSUANT TO FRCP RULE 35** |
| vs. | |
| DICK'S SPORTING GOODS, INC.; THOMAS ZIEBART; and DOES 1 through 100, inclusive, | Judge: Hon. Morrison C. England, Jr. Courtroom 7 - Sacramento |
| Defendants. | Complaint Filed: August 9, 2021 |

Defendants Dick's Sporting Goods, Inc. and Thomas Ziebart ("Defendants") and Plaintiff Joseph Aguinaldo ("Plaintiff") hereby stipulate that Plaintiff will undergo a physical examination pursuant to Rule 35 of the Federal Rules of Civil Procedure. Said examination shall take place on September 27, 2024, at 3:00 p.m., at the office of Dr. Neil J. Friedman, M.D., at 1225 Crane Street, Suite 200, Menlo Park, California 94025, (650) 324-0056. The examination is expected to take approximately sixty (60) minutes and will continue so long as reasonably required.

The examination will be conducted by Dr. Neil J. Friedman, a board-certified ophthalmologist and fellowship-trained refractive surgeon. This examination will be conducted for

the purposes of determining the nature and extent of Plaintiff's physical injuries and the relationship thereof to the accident which is the subject of this litigation, and will consist of all necessary and customary activities required to make such a determination, including but not limited to medical history, radiographic studies, history of the accident in question, review of Plaintiff's records, x-rays, and retinal imaging, physical examination, physical testing, and other tests, including but not limited to, ophthalmic exams. Photographs of Plaintiff's injuries may be taken for use at trial.

Plaintiff shall be responsible for a $1,000.00 fee charged for any failure to appear or any cancellation within 2 business days of the date of the scheduled examination.

IT IS FURTHER STIPULATED that Defendants will provide to Plaintiff a copy of Dr. Friedman's detailed written report setting out the history, examinations, and findings, including the results of all tests made, diagnoses, prognoses, and conclusions, within 15 days upon Defendants' receipt of same.

| | |
|---|---|
| DATED:  September 4, 2024 | HINSHAW & CULBERTSON LLP<br><br>*[signature]*<br><br>BRADLEY M. ZAMCZYK<br>DANIEL ON<br>Attorneys for Defendants<br>DICK'S SPORTING GOODS, INC. and THOMAS ZIEBART |
| DATED:  September 4, 2024 | DUDENSING LAW<br><br>/s/ Jay P. Renneisen<br><br>EDWARD P. DUDENSING<br>JAY P. RENNEISEN<br>THOMAS A. REYDA<br>Attorneys for Plaintiff<br>JOSEPH AGUINALDO |

**ORDER**

Pursuant to the parties' stipulation, the Court finds good cause to order a Rule 35 examination pursuant to the parties' stipulated terms.

IT IS SO ORDERED.

Dated: September 9, 2024

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE